## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DEMETRIUS HEARD, | * |
| ADC#601345 | * |
| | * |
| Petitioner, | * |
| v. | * |
| | *  No. 5:11-cv-00216-JJV |
| RAY HOBBS, Director | * |
| Arkansas Department of Correction | * |
| | * |
| Respondent. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 14th day of March, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE